Núm. 9846.—PUEBLO, apldo. v. LÓPEZ, aplte.—C. D. San Juan. Escalamiento en primer grado. Febrero 2, 1943.

(Por la Corte, a propuesta del Juez Asociado Sr. Snyder.)

POR CUANTO, el acusado interpuso recurso de apelación en este caso para ante este Tribunal el 15 de mayo de 1942 sin haber notificado el escrito de apelación al fiscal de distrito;

POR CUANTO, el Fiscal de este Tribunal ha solicitado la desestimación de esta apelación por dicho motivo, alegando el acusado que dicha omisión se debió a una inadvertencia;

POR CUANTO, repetidamente hemos resuelto que el recurso de apelación es puramente estatutario y por lo tanto es necesario el cumplimiento estricto de la ley para ejercitarlo (*Pueblo* v. *Rubio*, 44 D.P.R. 889, 894);

POR CUANTO, el requisito de la notificación del recurso al fiscal es de carácter jurisdiccional y su omisión justifica la desestimación del recurso sin ser oído (*Pueblo* v. *Rubio*, 44 D.P.R. 889, 891, y *Pueblo* v. *Martínez*, 53 D.P.R. 578, 581);

POR TANTO, procede desestimar y por la presente se desestima el recurso por carecer esta Corte de jurisdicción para conocer del mismo.